UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JESUS GONZALEZ, *an individual*, :
: 
                  Plaintiff, :
: ORDER
            -against- :
: 19 Civ. 7014 (GBD)
LUCAYAN REALTY CO. LLC, *A New York* :
*limited liability company*, :
:
                  Defendant. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
        December 20, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge